UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
March 29, 2018

No. 16-2653

JAIME GONZALEZ; PATRICIA WRIGHT; KEVIN WEST;
GERALD BOEHM; EDWARD MAAG; DIANE MAAG,
on behalf of themselves and all others similarly situated,
Appellants

v.

OWENS CORNING; OWENS CORNING SALES LLC

(W.D. Pa. No. 2-13-cv-01378)

Present: CHAGARES, JORDAN, and HARDIMAN, Circuit Judges.

1. Motion by Appellants to amend Opinion.


Respectfully,
Clerk/kr

_____ORDER_____
The foregoing Motion is GRANTED. The opinion will be amended to remove "Earthrise Law Center" from page 2 of the opinion.


By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: April 4, 2018